# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| GEETA HOSPITALITY, INC., | CASE NO. 2:20-cv-5276-SDM-EPD |
| Plaintiff, | JUDGE SARAH D. MORRISON |
| v. | CHIEF MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| DEPENDABLE QUALITY CONSTRUCTION, LLC, *et al.*, | **JOINT STIPULATED DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S CLAIMS** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Geeta Hospitality, Inc. and Defendants Dependable Quality Construction, LLC, Valeriy Oleynik and Liliya Oleynik, jointly and through their respective undersigned attorneys stipulate that all claims asserted in the above-captioned case are hereby voluntarily dismissed with prejudice. Each party is to bear their own costs, expenses and attorneys' fees.

Signed:

_____
Scott A. Fenton. (0068079)
Dickie McCamey & Chilcote
250 Civic Center Drive
Suite 280
Columbus, Ohio 43215-5086
Telephone: (614) 258-6000
Facsimile: (888) 811-7144
sfenton@dmclaw.com

Attorneys for Plaintiff

Dated: September 28, 2022

Signed:

_____
Peter J. LoPalo (0086161)
Roetzel & Andress, LPA
1375 East Ninth Street
One Cleveland Center, 10th Floor
Cleveland, Ohio 44114
Telephone: 216.623.0150
Facsimile: 216.623.0134
plopalo@ralaw.com

Attorneys for Defendants

Dated: September 12, 2022

18784095_1